## IN THE CIRCUIT COURT OF CLAY COUNTY, MISSISSIPPI

**HEATHER WALKER**
**PLAINTIFF**

VS.                                                    CAUSE NO. $22$-$CV$-$159$ K

**WALMART, INC.**
**AND JOHN DOES I-V**                                          **DEFENDANTS**

---

### COMPLAINT
### (Jury Trial Demanded)

---

COMES NOW, the Plaintiff, Heather Walker, by and through her attorney of record and files this her Complaint against the Defendants, WalMart, Inc. and John Does I-V, and in support thereof would show unto the Court as follows:

### PARTIES

1.       The Plaintiff, Heather Walker, is an adult resident citizen of Monroe County, Mississippi.

2.       The Defendant, WalMart, Inc., is a foreign corporation, licensed to do business in the State of Mississippi, with its principal place of business located at 702 SW 8th Street, Bentonville, Arkansas 72716, that may be served with process through its registered agent for service of process, C T Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

3.       The Defendants John Does I-V are corporations, entities, businesses and/or individuals which are presently unknown to the Plaintiff who may have been responsible for or who may have contributed to the negligence alleged herein. They may be added as defendants when their identities become known.

### JURISDICTION & VENUE

4.       This Court has jurisdiction over the subject matter, and over the parties, and it is the proper venue as the incident at issue occurred in Clay County, Mississippi; and that pursuant to the provisions of §11-11-3 of Miss. Code Ann. (1972, as amended), this court has jurisdiction.



**EXHIBIT A**



FILED   Clay County

AUG 03 2022

K. Brownbead

Case: 1:22-cv-00126-GHD-RP Doc #: 1-1 Filed: 09/09/22 2 of 3 PageID #: 9
Case: 13CI1:22-cv-00159   Document #: 2   Filed: 08/03/2022   Page 2 of 3


## FACTS

5.     On or about September 17, 2019, the Plaintiff, Heather Walker, was an invitee at the Defendant, WalMart's retail store located at 5509 Highway 45 Alt S, West Point, MS 39773.

6.     As the Plaintiff was walking down the Defendant WalMart's grocery section shopping, the Plaintiff slipped on what looked like spilled mashed potatoes, a slippery substance on the floor of the Defendant, Wal-Mart's store, causing the Plaintiff serious injury.

7.     The Defendant, WalMart, Inc. has a non-delegable duty to provide a safe environment for all persons on its premises. The Defendant, WalMart, Inc. breached its duty to the Plaintiff.

8.     The Plaintiff's injuries have resulted in severe physical and mental pain and suffering and has affected and will continue to affect the Plaintiff's life.

## CLAIMS
### Negligence

8.     The Defendant, WalMart, Inc., owed the Plaintiff, Heather Walker, an invited guest of Defendant, WalMart, Inc.'s premises, a duty to properly keep the premises safe or to warn of dangers of which were known or should be known to the Defendant. At all times pertinent, the Plaintiff was acting with reasonable and prudent regard for her own safety.

9.     The Defendant, WalMart, Inc. breached its duty to keep a safe premises by willfully, negligently and/or carelessly causing and/or allowing a slippery substance to be on and to remain on the floor, causing an unsafe environment for the Plaintiff, and the Defendant, WalMart, Inc.

10.    The Defendant also failed to warn of the dangerous condition of the premises which caused injury to the Plaintiff.

11.    The negligence, carelessness, recklessness, willfulness, and/or wantonness of the Defendant, WalMart, Inc., as set forth herein and above, was the proximate cause or wholly contributed to the injuries of Plaintiff as heretofore and hereinafter set forth. As a direct and proximate result of the aforementioned

FILED

AUG 03 2022

breaches of duty by the Defendant, WalMart, Inc., the Plaintiff has suffered substantial injuries and damages.

**DAMAGES**

12.    As a direct and proximate result of the negligence of the Defendants, the Plaintiff, Heather Walker, has suffered injuries and damages which include, but are not limited to the following:

a)    past, present and future medical bills;

b)    past, present and future emotional distress;

c)    past, present and future pain and suffering; and

d)    past, present and future mental anguish.

WHEREFORE PREMISES CONSIDERED, the Plaintiff respectfully requests a trial by jury and respectfully requests that judgment be entered against the Defendant, WalMart, Inc. and John Does, individually, jointly and severally for damages, within the jurisdictional limits of this Court, and pre-judgment and post-judgment interest, all costs and all other relief deemed appropriated by the Court.

Respectfully submitted, this the _____ day of _____, 2022.

**HEATHER WALKER, Plaintiff**

BY:    _____
JAKE MCDANIEL, MSBN 106130
Counsel for Plaintiff

OF COUNSEL:

SCHWARTZ & ASSOCIATES, P.A.
P.O. Box 3949
Jackson, MS 39207
Telephone: 601-988-8888
Facsimile: 601-949-7929



FILED
Clay County
AUG 03 2022